# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT DEAN HEAGEY

v.

KITSAP COUNTY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5091RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is time barred and is therefore DISMISSED WITH PREJUDICE

  October 2, 2009    
Date

  BRUCE RIFKIN    
Clerk

  *s/CM Gonzalez*    
Deputy Clerk